# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENYATTA HENDERSON

NO. 2021 KW 1440

**DECEMBER 21, 2021**

---

In Re: State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. DC-20-03343, DC-20-03345.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
MRT

**Welch, J.**, dissents and would grant the writ application. A guilty plea is constitutionally infirm when a defendant is induced to enter that plea by a plea bargain or by what he justifiably believes was a plea bargain, and that bargain is not kept. **State v. Maza**, 2011-1430 (La. App. 1st Cir. 3/23/12), 2012 WL 997038, *2. Herein, the guilty plea transcript reflects that the defendant was advised of the charges against him, informed of the factual basis that gave rise to the charges, and advised of his **Boykin** rights. The defendant indicated that he understood his rights and he waived those rights. Under the circumstances of this case, I find the defendant has failed to demonstrate that his guilty plea was constitutionally infirm.

COURT OF APPEAL, FIRST CIRCUIT

*a. S~D*

DEPUTY CLERK OF COURT
FOR THE COURT